JAMES K. WARD, ESQ. (SBN 117639)
DANIEL P. JAY, ESQ. (SBN 215860)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 956825
Tel: (916)923-1600
Fax: (916)923-1616

Attorneys for Defendant(s)
YUBA CITY UNIFIED SCHOOL
DISTRICT, ANGELA HUERTA,
BRIAN ACURI, CRAIG GUENSLER,
and ELIZABETH ENGLEKEN

UNITED STATES DISTRICT COURT

Eastern District of California

Sacramento Division

| | |
|---|---|
| LISA POLONSKY-BRITT,<br><br>    Plaintiff(s),<br><br>vs.<br><br>YUBA CITY UNIFIED SCHOOL DISTRICT; ANGELA HUERTA; BRIAN ACURI; CRAIG GUENSLER; ELIZABETH ENGLEKEN, and DOES 1 through 10, inclusive,<br><br>    Defendant(s). | Case No.: 2:10-cv-02951-KJM-JFM<br><br>**STIPULATION OF THE PARTIES REGARDING EXTENSION TO FILE RESPONSIVE PLEADING; ORDER** |

Defendants, YUBA CITY UNIFIED SCHOOL DISTRICT, ANGELA HUERTA, BRIAN ACURI, CRAIG GUENSLER and ELIZABETH ENGLEKEN and Plaintiff, LISA POLONSKY-BRITT, stipulate and agree that Defendants shall have up to and including March 30, 2011 in which to file a responsive pleading to the Complaint in this action. Furthermore, the parties agree that this stipulation is valid under Local Rule 143.

IT IS SO STIPULATED:

Stipulation and Order - 1

Dated: February 28, 2011         EVANS, WIECKOWSKI & WARD, LLP


By: _____
    JAMES K. WARD
    DANIEL JAY
    Attorneys for Defendants

Dated: February 28, 2011         TREZZA, ITHURBURN, STEIDLMAYER & ITHURBURN


By: _____
    MICHAEL J. TREZZA
    BERTRAND F. ITHURBURN
    Attorneys for Plaintiff
    LISA POLONSKY-BRITT

## ORDER

Defendants YUBA CITY UNIFIED SCHOOL DISTRICT, ANGELA HUERTA, BRIAN ACURI, CRAIG GUENSLER, and ELIZABETH ENGLEKEN and Plaintiff LISA POLONSKY-BRITT have requested court approval of their stipulation extending Defendants' deadline for filing a responsive pleading to the Complaint. Good cause appearing therefore,

IT IS SO ORDERED:

That Defendants shall have up to an including March 30, 2011 in which to file a responsive pleading to the Complaint in this action.

Dated: March 22, 2011.

_____
UNITED STATES DISTRICT JUDGE