JAMES K. WARD, ESQ. (SBN 117639)
DANIEL P. JAY, ESQ. (SBN 215860)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 956825
Tel: (916)923-1600
Fax: (916)923-1616

Attorneys for Defendant(s)
YUBA CITY UNIFIED SCHOOL
DISTRICT, ANGELA HUERTA,
BRIAN ARCURI (erroneously sued as
"BRIAN ACURI"), CRAIG GUENSLER,
and ELIZABETH ENGLEKEN

UNITED STATES DISTRICT COURT

Eastern District of California

Sacramento Division

| | |
|---|---|
| LISA POLONSKY-BRITT,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>YUBA CITY UNIFIED SCHOOL DISTRICT; ANGELA HUERTA; BRIAN ACURI; CRAIG GUENSLER; ELIZABETH ENGLEKEN, and DOES 1 through 10, inclusive,<br><br>　　　　Defendant(s). | **Case No.: 2:10-cv-02951-KJM-JFM**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF FIRST CAUSE OF ACTION AS TO ALL DEFENDANTS** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff, LISA POLONSKY-BRITT, by and through her attorneys, and Defendants, YUBA CITY UNIFIED SCHOOL DISTRICT, ANGELA HUERTA, BRIAN ARCURI (erroneously sued as "Brian Acuri"), CRAIG GUENSLER and ELIZABETH ENGLEKEN, by and through their attorneys, that the first cause

of action under 42 U.S.C. § 1983 in the above-captioned lawsuit is dismissed without prejudice pursuant to FRCP Rule 41(a)(1) and (2) as to all named Defendants.

Dated: _5-3____, 2011                          EVANS, WIECKOWSKI & WARD, LLP

/s/ Daniel P. Jay
JAMES K. WARD
DANIEL JAY
Attorneys for Defendants
YUBA CITY UNIFIED SCHOOL DISTRICT, ANGELA HUERTA, BRIAN ARCURI, CRAIG GUENSLER, ELIZABETH ENGLEKEN

Dated: __5-3__, 2011                           TREZZA, ITHURBURN, STEIDLMAYER & ITHURBURN

/s/ Michael J. Trezza
MICHAEL J. TREZZA
BERTRAND F. ITHURBURN
Attorneys for Plaintiff
LISA POLONSKY-BRITT

## ORDER

Based upon the stipulation of the parties and good cause appearing, the Court orders that the first cause of action under 42 U.S.C. § 1983 in the above-entitled lawsuit is dismissed without prejudice as to all named Defendants. Defendants' motion to dismiss (ECF 13) is accordingly DENIED as moot and the May 11, 2011 hearing on that motion is VACATED.

Dated: May 4, 2011.

_____
UNITED STATES DISTRICT JUDGE