JAMES K. WARD, ESQ. (SBN 117639)
DANIEL P. JAY, ESQ. (SBN 215860)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 956825
Tel:  (916)923-1600
Fax:  (916)923-1616

Attorneys for Defendant(s)
YUBA CITY UNIFIED SCHOOL DISTRICT, ANGELA HUERTA,
BRIAN ACURI, CRAIG GUENSLER,
and ELIZABETH ENGLEKEN

UNITED STATES DISTRICT COURT

Eastern District of California

Sacramento Division

| | |
|---|---|
| LISA POLONSKY-BRITT,<br><br>             Plaintiff(s),<br><br>     vs.<br><br>YUBA CITY UNIFIED SCHOOL DISTRICT; ANGELA HUERTA; BRIAN ACURI; CRAIG GUENSLER; ELIZABETH ENGLEKEN, and DOES 1 through 10, inclusive,<br><br>             Defendant(s). | **Case No.: 2:10-cv-02951-KJM-JFM**<br><br>**STIPULATION OF THE PARTIES REGARDING EXTENSION TO FILE RESPONSIVE PLEADING; ORDER** |

Defendant, YUBA CITY UNIFIED SCHOOL DISTRICT and Plaintiff, LISA POLONSKY-BRITT, stipulate and agree that Defendant shall have up to and including June 1, 2011 in which to file a responsive pleading to the Complaint in this action.  Furthermore, the parties agree that this stipulation is valid under Local Rule 143.

IT IS SO STIPULATED:

Stipulation and Order - 1

Dated: May 18, 2011                               EVANS, WIECKOWSKI & WARD, LLP

                                                  /s/ Daniel Jay
                                          By: _____
                                                  JAMES K. WARD
                                                  DANIEL JAY
                                                  Attorneys for Defendants

Dated: May 18, 2011                               TREZZA, ITHURBURN, STEIDLMAYER & ITHURBURN

                                                  /s/ Michael J. Trezza
                                          By: _____
                                                  MICHAEL J. TREZZA
                                                  BERTRAND F. ITHURBURN
                                                  Attorneys for Plaintiff
                                                  LISA POLONSKY-BRITT

## ORDER

Defendant YUBA CITY UNIFIED SCHOOL DISTRICT and Plaintiff LISA POLONSKY-BRITT have requested court approval of their stipulation extending Defendant's deadline for filing a responsive pleading to the Complaint. Good cause appearing therefore,

IT IS HEREBY ORDERED:

That Defendants shall have up to and including June 1, 2011 in which to file a responsive pleading to the Complaint in this action.

Dated: May 20, 2011.

_____
UNITED STATES DISTRICT JUDGE