UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA POLONSKY-BRITT, | No. 2:10-CV-02951 KJM EFB |
| Plaintiff, | |
| v. | ORDER |
| YUBA CITY UNIFIED SCHOOL DISTRICT, et al, | |
| Defendants. | |

On January 23, 2014, Michael Trezza appeared for plaintiff and James Ward and Daniel Jay appeared for defendants for a status conference in the above matter. Defendants are to file their Motion to Enforce the Settlement Agreement and to have such motion heard no later than April 11, 2014.

IT IS SO ORDERED.

DATED: January 28, 2014.

_____
UNITED STATES DISTRICT JUDGE