UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA POLONSKY-BRITT, | No.  2:10-cv-2951-KJM-EFB |
| Plaintiff, | No.  2:14-cv-1674-KJM-EFB |
| v. | <u>ORDER RE SETTLEMENT & DISPOSITION</u> |
| YUBA CITY UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

    The case was before the court for a court-supervised settlement conference on August 28, 2014, and after significant progress the matter was continued to August 29.  Pursuant to the representations by counsel for plaintiff and defendant, the court has now determined that a full and final settlement has been reached in this case and the related case between the same parties, case number 2:14-cv-1674-KJM-EFB.

    The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

    All hearing dates heretofore set in this matter and the related action, No. 2:14-cv-1674, are VACATED.

1     <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4     IT IS SO ORDERED.

5 DATED: August 29, 2014.

6                       EDMUND F. BRENNAN

                         UNITED STATES MAGISTRATE JUDGE